In the Matter of RALPH J. ESPOSITO, for Reinstatement to the Practice of Law in the State of New York. [902 NYS2d 460]—Order entered granting application and reinstating petitioner to the practice of law. Present—Centra, J.P., Fahey, Sconiers and Gorski, JJ. (Filed May 26, 2010.)

In the Matter of JAMES P. DAVIS, for Reinstatement to the Practice of Law in the State of New York. [901 NYS2d 896]— Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed May 26, 2010.)

In the Matter of PETER W. HUTTON, an Attorney, Resignor. [903 NYS2d 298]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed May 19, 2010.)

In the Matter of MARGARET A. SCHIANO, an Attorney, Resignor. [903 NYS2d 298]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed May 19, 2010.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. HILL, Appellant. [903 NYS2d 298]—Motion for a writ of error coram nobis denied. Present—Peradotto, J.P., Carni, Green, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BRITT, Appellant. [901 NYS2d 896]—Motion for a writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Sconiers and Pine, JJ.